# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
VANESSA L. ARMSTRONG, CLERK
NOV 1 4 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Roy Anderson Carver, Jr.
_____
_____

(Full name of the Plaintiff(s) in this action)

v.

The Commonwealth of Kentucky
"ET AL"
_____
_____
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:18-CV-164-GNS
(To be supplied by the clerk)

- Class Action Requested
(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

I. **PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Roy Anderson Carver Jr

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _The Common Wealth of Kentucky_ is employed as _Common Wealth of Kentucky_ at _700 Capital Drive, Frankfort Ky. 40601_

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant _The Commonwealth of Kentucky Dept. of Corrections_ is employed as _Department of Corrections_ at _275 E. Main Street P.O. Box 2400 Frankfort, Ky 40602_

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant _Rodney Balland_ is employed as _Commissioner_ at _Department of Corrections_.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant _Warren County Regional Jail_ is employed as _Warren County Regional Jail_ at _920 Kentucky Street Bowling Green, Ky 42101_

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

2

(6) Defendant STEPHEE HARMON is employed as Interim Acting Jailer at Warren County Regional Jail.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(7) Defendant STEVEN ALLEN WILSON is employed as Circuit Court Judge at Warren Circuit Court 1001 Center Street Bowling Green, KY 42101

The defendant is being sued in his/her (X) individual and/or (X) official capacity.

(8) Defendant Commonwealth of Kentucky Prosecutors Office is employed as Prosecutors Office Warren County at 1001 Center Street Bowling Green, KY 42101

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(9) Defendant Prosecuting Attorney Christopher Cohron is employed as Chief Prosecutor Adm. at 1001 Center Street Bowling Green, KY 42101

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(10) Defendant Kimberly Geoghagen is employed as Deputy Prosecutor Attorney at 1001 Center Street Bowling Green, KY 42101

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(11) Defendant Kori L. Beck is employed as Deputy Prosecutor Attorney at 1001 Center Street Bowling Green, KY 42101

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

-2- (a)

(12) Defendant **David C. Lanphere** is employed as **Family Court Judge** at **1001 Center Street, Bowling Green, KY 42101**.

The Defendant is being sued in his/her (X) individual and/or ( ) official capacity.

(13) Defendant **Commonwealth of Ky Dept. of Public Advocacy** is employed as **Dept. of Public Advocacy** at **5 Mill Creek Park, Frankfort, KY 40601**.

The Defendant is being sued in his/her ( ) individual and/or (X) official capacity.

(14) Defendant **Damon Preston** is employed as **Commissioner Dept. of Public Ad.** at **5 Mill Creek Park, Frankfort, KY 40601**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(15) Defendant **James Rohrer** is employed as **Director Dept. of Pub. Advocacy** at **1001 Center Street Suite 301, Bowling Green, KY 42101**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(16) Defendant **Eric Clarke** is employed as **Pub. Advocate Attorney** at **1001 Center Street Suite 301, Bowling Green, KY 42101**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

-2- (b)

(17) Defendant  The City of Bowling Green, Ky  is employed as City of Bowling Green, Ky  at  1001 College Street Bowling Green, Ky 42101.

The Defendant is being sued in his/her (X) individual and/or ( ) official capacity.

(18) Defendant  Mayor Bruce Wilkerson  is employed as Mayor of Bowling Green, Ky  at  1001 College Street Bowling Green, Ky 42101.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(19) Defendant  City of Bowling Green, Ky Police Department  is employed as Bowling Green Police Dept.  at  911 Kentucky Street Bowling Green, Ky. 42101.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

(20) Defendant  Chief Doug Hawkins B.G.P.D.  is employed as Chief of B.G.P.D.  at  911 Kentucky Street Bowling Green, Ky 42101.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(21) Defendant  B.G.P.D. Patrolman David Bragg  is employed as Patrol Officer  at  911 Kentucky Street Bowling Green, Ky 42101.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

-2- (c)

(22) Defendant **B.G.P.D. Patrolman Brock Messina** is employed as **Patrol Officer** at **911 Kentucky Street, Bowling Green, KY 42101**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(23) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

(24) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

(25) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

(26) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( ) individual and/or ( ) official capacity.

(5) Defendant _Jackie T. Strode_ is employed as _Jailer_ at _Warren County Regional Jail_.

The Defendant is being sued in his/her (  ) individual and/or (X) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES ( ___ ) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _N/A_
_N/A_

Defendant(s): _N/A_
_N/A_

Court (if federal court, name the district. If state court, name the county):
_N/A_

Docket number: _N/A_

Name of judge to whom the case was assigned: _N/A_

Type of case (for example, habeas corpus or civil rights action): _N/A_

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_N/A_

Approximate date of filing lawsuit: _N/A_

Approximate date of disposition: _N/A_

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

**INTRODUCTION OF FACTS**

I. Petitioner, Roy Anderson Carver, JR, alleges and believes that Defendants, The Commonwealth of Kentucky thru subjective and or objective Judicial Administrative actions did violate his FOURTH, FIFTH, SIXTH, EIGHTH, THIRTEENTH, FOURTEENTH AND FIFTHTEENTH AMENDMENT RIGHTS GUARANTEED BY THE CONSTITUTION OF THE UNITED STATES AND IT'S "BILL OF RIGHTS by denying petitioner of both his Due Process of Law Rights and Equal Protection of the Law Rights violating the fundamental mandates of 42 U.S.C. SECTIONS 1983; 1981; 1985 (SUPP. IV 1980); 1988 (1976), AND 1997-1997j (Supp. 1980); The Federal Tort Claims Act, Ch. 753, Title IV, 60 STAT. 842(1946), and Kentucky State Tort Claims Law KRS 65.200 Claims Against Local Governments Act and KRS 65.2006.

III. STATEMENT OF CLAIM(S) continued

II. ON 1/30/2017 Family Court Judge David A. Langphear did during open Court Proceedings advise assumed victim Phyllis M. Bailey to go to Warren County Prosecuitor's office prejudicially with baised and frailty of her multiple variations of account of facts before a impaneled Grand Jury to obtain an indictment and felony warrant to arrest petitioner on March 21, 2017 causing the Bowling Green Police Department by and thru B.G.P.D. Patrolmen David Bragg and Brock Messina to make unreasonable and unnecessary, excessive, objective and or subjective assault and battery in bad faith and false imprisonment and detention of his person by stopping him, and threatening him with arrest before forcibly removing him from a non descripted and unidentified friend's residence violently restraining him and denying him proper and adequate medical attention immediately for his injuries and bruising violating his rights against unreasonable search and seizure, and cruel and unusual punishment.

5

III. STATEMENT OF CLAIM(S) continued

III. Defendants Commonwealth of Kentucky Department of Corrections and Commissioner Rodney Ballard while acting under color of State Law violated petitioner's Eighth Amendment Rights against cruel and unusual punishment by inadequate medical detention care of pretrial detainees in violation of The Prison Reform Act PLRA, The Corrections Officers Health and Safety Act, The Americans with Disabilities Act, for screening of life threatening communicable diseases infections from HIV/AIDS; HIV/AIDS related cancers, Tuberculosis, and Hepatitis A, B, and C. before entry into prisoner population pursuant to KRS 438.250 and continue to do so

IV. Defendants Warren County Regional Jail; Jailer Jackie T. Strode and Interim Jailer Stephen Harmon while acting under color of state law violated petitioner's Eighth Amendment Rights against cruel and unusual punishment by inadequate medical detention intake care of all pretrial detainees in violation of the Prison Reform Act (P.L.R.A.); The Corrections Officers Health and Safety Act, for screening of life threatening communicable diseases infections from known and unknown carriers of the

5

### III. STATEMENT OF CLAIM(S) continued

HIV/AIDS virus; HIV/AIDS related cancers, Tuberculosis, and Hepatitis A, B, and C before entry into prisoner population pursuant to KRS 438.250 and continue to do so

V. Defendant Steve Allen Wilson by his judicial administration authority did violate petitioner's Fourth, Fifth, Sixth, Eighth, Thirteenth, Fourteenth, and Fifteenth Amendment Rights when he prejudicially, objectively and on subjectively interfered with petitioner's Due Process of Law Rights and Equal Protection of the Law Rights on March 03, 2017; April 3, 2017; April 4, 2017; May 2, 2017; May 22, 2017; September 15, 2017; October 25, 2017; November 13, 2017 and again on November 15, 2017 while encouraging determination of State malicious prosecution and ineffective assistance of counsel at petitioner's criminal arraignment, appointment of public advocate attorney, pre-trial conference hearings, petitioner's motion for production of evidence hearing, petitioner's motion for dismissal with prejudice hearing and petitioner's forced colloquy hearings for immediate release from detention

5

### III. STATEMENT OF CLAIM(S) continued

VI. Defendant Kimberly Geoghagen while acting under color of State Law in her determination to win an conviction judgement against petitioner thru malicious prosecution did objectively or subjectively violate petitioner of his Fourth, FIFTH, SIXTH, EIGHTH, THIRTEENTH, FOURTEENTH and Fifthteenth Amendment Rights on March 15, 2017, April 3, 2017 April 4, 2017, May 2, 2017, May 22, 2017, September 15/2017, October 25, 2017, November 13, 2017 and again on November 15, 2017 thru her determination for malicious prosecution and ineffective assistance of counsel at petitioner's criminal arraignment, appointment of public advocate attorney, pre-trial conference hearings, petitioner's motion for production of evidence hearing, petitioner's motion for production of evidence hearing dismissal with prejudice hearing and petitioner's forced colloquy hearings for immediate release from detention and continues to do so.

5

### III. STATEMENT OF CLAIM(S) continued

VII. Defendants, Commonwealth Dept. of Public Advocacy, James Roirden; Director, and Attorney Eric Clark in their determination to further the harm and injury to petitioner while acting under color of state law KRS Chapter 31, thru ineffective assistance of counsel in their determination to conspire against his rights objectively and on subjectively did violate petitioners Fourth, Fifth, Sixth, Eighth, Thirteenth, Fourteenth, and Fifthteenth Amendment Rights thru ineffective Assistance of counsel on May 22, 2017, May 2, 2017, September 15, 2017, October 25, 2017, November 13, 2017 and November 15, 2017 when Attorney Clark refused to represent the petitioner during his pre-trial motions and hearings and his forced colloquy plea hearings for his immediate release from detention.

5

III. STATEMENT OF CLAIM(S) continued

VIII. Defendants City of Bowling Green, Kentucky, the Bowling Green Police Department; Mayor Bruce Wilkerson; Chief of Police Doug Hawkins; Patrolman David Bragg and Brock Messina while acting under color of state law and administrative authority, in their determination to further injure and harm the petitioner did violate his Fourth, Fifth, Sixth, Eighth, Thirteenth Amendment, Fourteenth Amendment and Fifthteenth Amendment rights on March 26, 2017 by intruding upon a friend of his apartment he did not have care and custody of and again on April 1, 2017 by excessive and unnecessary physical violence, attacked petitioner, detained petitioner, transported petitioner to the Warren County Regional jail and denied him proper and adequate medical attention for his bruises from the assault from an unreasonable arrest based on the frailty of the state's witness and board certified physicians and technitions and continue to do the same

5

IV.  RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ _500,000,000_

__X__ grant injunctive relief by _TPO and permanent injunction_

_____ award punitive damages in the amount of $ _500,000,000_

_____ other: _declaratory relief from (PLRA) violations_

V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _3rd_ day of _November_, 20_18_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6