UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**ROY ANDERSON CARVER, JR.**                              **PLAINTIFF**

v.                            **CIVIL ACTION NO. 1:18-CV-00164-JHM**

**THE COMMONWEALTH OF KENTUCKY** *et al.*          **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous, for failure to state a claim upon which relief may be granted, and/or for seeking damages from Defendants immune from such relief.

**IT IS FURTHER ORDERED** that any state-law claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3) because the Court declines to exercise supplemental jurisdiction over them.

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal *in forma pauperis* would be frivolous and therefore would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Date: February 1, 2019

*[Signature]*
Joseph H. McKinley Jr., District Judge
United States District Court

cc:     Plaintiff, *pro se*
       Defendants
4414.011